UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:
KENNETH M. MARWICK and
ELIZABETH W. MARWICK,

                      CASE NO. 9:10-bk-14697-ALP

          Debtors.         CHAPTER 11
_____/

### DEBTORS' AMENDMENT TO SCHEDULE F

    COME NOW Debtors, KENNETH M. MARWICK and ELIZABETH W. MARWICK, and
amend Schedule F as follows:

    1.  Schedule F is **amended to add the following:**

| | | |
|---|---|---|
| Mr. and Mrs. Kenneth Lee<br>7711 Winding Way S<br>Tipp City, OH 45371 | Unliquidated | $Unknown |
| Albert Quaal<br>1534 O'Rourke Boulevard<br>Gaylord, MI 49734 | Unliquidated | $Unknown |
| Mr. and Mrs. Conrad Firment<br>6161 Tidewater Island Circle<br>Fort Myers, FL 33908 | Unliquidated | $Unknown |
| Mr. and Mrs. Michael Volkman<br>950 Flora Square<br>Prescott, WI 54021 | Unliquidated | $Unknown |
| Vincent Ciecka<br>620 Coles Mill Road<br>Haddonfield, NJ 08033 | Unliquidated | $Unknown |
| Dr. William Grubbs<br>90 Cypress Way East, Suite 40<br>Naples, FL 34110 | Unliquidated | $Unknown |
| Michael Dubey<br>751 Giralda Court<br>Marco Island, FL 34145 | Unliquidated | $Unknown |
| Mr. and Mrs. George Norris<br>7725 Schelhorn Road<br>Alexandria, VA 22306 | Unliquidated | $Unknown |
| Sara Muzyka<br>136 Meridian Street, #104<br>Groton, CT 06340 | Unliquidated | $Unknown |
| Mr. and Mrs. David Elmeer<br>5420 Vining Point Road<br>Minnetonka, MN 55345 | Unliquidated | $Unknown |

| | | |
|---|---|---|
| Margaret Baker<br>1403 S. Shore Drive<br>Holland, MI 49423 | Unliquidated | $Unknown |
| Gerard Brennan<br>26 Leland Road<br>Brookline, MA 02467 | Unliquidated | $Unknown |
| Nancy Crossley<br>7700 Estero Boulevard, #606<br>Fort Myers Beach, FL 33931 | Unliquidated | $Unknown |
| Michael Schillaci<br>6629 Majestic Way<br>Carpentersville, IL 60110 | Unliquidated | $Unknown |
| Mr. and Mrs. Terry Rathbun<br>9245 Lanthorn Way<br>Estero, FL 33928 | Unliquidated | $Unknown |
| James Hipkens<br>771 Virginia Circle NE<br>Atlanta, GA 30306 | Unliquidated | $Unknown |
| Dorothy Luebbert<br>3684 Bailes Street SW<br>Bonita Springs, FL 34134 | Unliquidated | $Unknown |
| Mr. and Mrs. Noel Moughan<br>4321 Des Plaines Drive<br>Sarasota, FL 34233 | Unliquidated | $Unknown |
| Dr. Romulo Bernal<br>3925 Del Prado Boulevard<br>Cape Coral, FL 33904 | Unliquidated | $Unknown |
| Mr. and Mrs. Earl Cannedy<br>2008 Ford's Court<br>Rochester, IN 46975 | Unliquidated | $Unknown |
| Mr. and Mrs. Tony Sallo<br>309 West Swissvale Avenue<br>Pittsburgh, PA 15218 | Unliquidated | $Unknown |
| Mr. and Mrs. David Zwolenik<br>13737 Pepper Creek Drive<br>Strongsville, OH 44136 | Unliquidated | $Unknown |
| Dr. and Mrs. Thomas Volm<br>4470 S. Sovereign Drive<br>New Berlin, WI 53151 | Unliquidated | $Unknown |
| Joseph Williams<br>P.O. Box 1492<br>East Dennis, MA 02641 | Unliquidated | $Unknown |

| | | |
|---|---|---|
| Brent Reed<br>17819 Oakwood Drive<br>Spring Lake, MI 49456 | Unliquidated | $Unknown |
| Mr. and Mrs. Tom Thompson<br>8565 Dorwood<br>Birch Run, MI 48415 | Unliquidated | $Unknown |
| Mr. and Mrs. Lawrence Phillips<br>67 Orchard Road<br>Orinda, CA 94563 | Unliquidated | $Unknown |
| Jeffrey Friedman<br>55 Public Square, Suite 1055<br>Cleveland, OH 44113 | Unliquidated | $Unknown |
| Mr. and Mrs. George Cummings<br>5337 SW 11th Avenue<br>Cape Coral, FL 33914 | Unliquidated | $Unknown |
| Rhona Ann Hoffman<br>2208 W. Diversey Avenue, #G<br>Chicago, IL 60647 | Unliquidated | $Unknown |
| Mr. and Mrs. Jeffrey Holmes<br>4967 Bellman Drive<br>West Bend, WI 53095-9243 | Unliquidated | $Unknown |
| Y'Vonne Murray<br>27195 Belle Rio Drive<br>Bonita Springs, FL 34135 | Unliquidated | $Unknown |
| Mr. and Mrs. Jeffrey Bissell<br>118 Cedar Lane Drive<br>Jordan, MN 55352 | Unliquidated | $Unknown |
| Jeffrey Pederson<br>710 Shawnee Woods Road<br>Hamel, MN 55340 | Unliquidated | $Unknown |
| Sophie Bachula<br>8153 W. Berwyn<br>Chicago, IL 60656 | Unliquidated | $Unknown |
| Frank Vrchota<br>13919 W. 167th Street<br>Homer Glen, IL 60491 | Unliquidated | $Unknown |
| Mr. and Mrs. William Roccio<br>42 Ridgewood Road<br>Cranston, RI 02921 | Unliquidated | $Unknown |
| Mr. and Mrs. Charley Hutchings<br>750 Pyrulla Avenue<br>Sanibel, FL 33957 | Unliquidated | $Unknown |

| | | |
|---|---|---|
| Mr. and Mrs. William Hangartner<br>W 225 S5389 Guthrie Road<br>Waukesha, WI 53189 | Unliquidated | $Unknown |
| Mr. and Mrs. Harold Forman<br>103 Industrial Drive<br>Gilbertsville, PA 19252 | Unliquidated | $Unknown |
| Mr. and Mrs. Richard Novak<br>9627 Wooded Path Drive<br>Palos Hills, IL 60465 | Unliquidated | $Unknown |
| Virginia Lynch<br>7542 W. Willowood Court<br>Orland Park, IL 60462 | Unliquidated | $Unknown |
| Mr. and Mrs. David Machiela<br>3112 136th Avenue<br>Hamilton, MI 49419 | Unliquidated | $Unknown |
| Mr. and Mrs. Bill Warzeka<br>2025 Ivy Avenue East<br>St. Paul, MN 55119 | Unliquidated | $Unknown |
| Mr. and Mrs. Kenneth Evans<br>P.O. Box 07007<br>Fort Myers, FL 33919 | Unliquidated | $Unknown |
| Mr. and Mrs. Stanley Stann<br>105 Murphy Lane Road<br>Park Ridge, IL 60068 | Unliquidated | $Unknown |
| Otteline Reckamp<br>12119 Plum Grove Road<br>Huntley, IL 60142 | Unliquidated | $Unknown |

We, KENNETH M. MARWICK and ELIZABETH W. MARWICK, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____          _____
KENNETH M. MARWICK                    ELIZABETH W. MARWICK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, Mr. and Mrs. Kenneth Lee, 7711 Winding Way S,Tipp City, OH 45371, Albert Quaal, 1534 O'Rourke Boulevard, Gaylord, MI 49734, Mr. and Mrs. Conrad Firment, 6161 Tidewater Island Circle,,Fort Myers, FL 33908, Mr. and Mrs. Michael Volkman, 950 Flora Square, Prescott, WI 54021, Vincent Ciecka, 620 Coles Mill Road, Haddonfield, NJ 08033, Dr. William Grubbs, 90 Cypress Way East, Suite 40, Naples, FL 34110, Michael Dubey, 751 Giralda Court, Marco Island, FL 34145, Mr. and Mrs. George Norris, 7725 Schelhorn Road, Alexandria, VA 22306, Sara Muzyka, 136 Meridian Street, #104, Groton, CT 06340, Mr. and Mrs. David Elmeer, 5420 Vining Point Road, Minnetonka, MN 55345, Margaret Baker, 1403 S. Shore Drive, Holland, MI 49423, Gerard Brennan, 26 Leland Road, Brookline, MA 02467, Nancy Crossley, 7700 Estero Boulevard, #606, Fort Myers Beach, FL

33931, Michael Schillaci, 6629 Majestic Way, Carpentersville, IL 60110, Mr. and Mrs. Terry Rathbun, 9245 Lanthorn Way, Estero, FL 33928, James Hipkens, 771 Virginia Circle NE, Atlanta, GA 30306, Dorothy Luebbert, 3684 Bailes Street SW, Bonita Springs, FL 34134, Mr. and Mrs. Noel Moughan, 4321 Des Plaines Drive, Sarasota, FL 34233, Dr. Romulo Bernal, 3925 Del Prado Boulevard, Cape Coral, FL 33904, Mr. and Mrs. Earl Cannedy, 2008 Ford's Court, Rochester, IN 46975, Mr. and Mrs. Tony Sallo, 309 West Swissvale Avenue, Pittsburgh, PA 15218, Mr. and Mrs. David Zwolenik, 13737 Pepper Creek Drive, Strongsville, OH 44136, Dr. and Mrs. Thomas Volm, 4470 S. Sovereign Drive, New Berlin, WI 53151, Joseph Williams, P.O. Box 1492, East Dennis, MA 02641, Brent Reed, 17819 Oakwood Drive, Spring Lake, MI 49456, Mr. and Mrs. Tom Thompson, 8565 Dorwood Birch Run, MI 48415, Mr. and Mrs. Lawrence Phillips, 67 Orchard Road Orinda, CA 94563, Jeffrey Friedman, 55 Public Square, Suite 1055, Cleveland, OH 44113, Mr. and Mrs. George Cummings, 5337 SW 11th Avenue, Cape Coral, FL 33914, Rhona Ann Hoffman, 2208 W. Diversey Avenue, #G, Chicago, IL 60647, Mr. and Mrs. Jeffrey Holmes, 4967 Bellman Drive, West Bend, WI 53095-9243, Y'Vonne Murray, 27195 Belle Rio Drive, Bonita Springs, FL 34135, Mr. and Mrs. Jeffrey Bissell, 118 Cedar Lane Drive, Jordan, MN 55352, Jeffrey Pederson, 710 Shawnee Woods Road, Hamel, MN 55340, Sophie Bachula, 8153 W. Berwyn, Chicago, IL 60656, Frank Vrchota, 13919 W. 167th Street, Homer Glen, IL 60491, Mr. and Mrs. William Roccio, 42 Ridgewood Road, Cranston, RI 02921, Mr. and Mrs. Charley Hutchings, 750 Pyrulla Avenue, Sanibel, FL 33957, Mr. and Mrs. William Hangartner, W 225 S5389 Guthrie Road, Waukesha, WI 53189, Mr. and Mrs. Harold Forman, 103 Industrial Drive, Gilbertsville, PA 19252, Mr. and Mrs. Richard Novak, 9627 Wooded Path Drive, Palos Hills, IL 60465, Virginia Lynch, 7542 W. Willowood Court, Orland Park, IL 60462, Mr. and Mrs. David Machiela, 3112 136th Avenue, Hamilton, MI 49419, Mr. and Mrs. Bill Warzeka, 2025 Ivy Avenue East, St. Paul, MN 55119, Mr. and Mrs. Kenneth Evans, P.O. Box 07007, Fort Myers, FL 33919, Mr. and Mrs. Stanley Stann, 105 Murphy Lane Road, Park Ridge, IL 60068, Otteline Reckamp, 12119 Plum Grove Road, Huntley, IL 60142, together with a copy of the 341 Notice to Mr. and Mrs. Kenneth Lee, 7711 Winding Way S, Tipp City, OH 45371, Albert Quaal, 1534 O'Rourke Boulevard, Gaylord, MI 49734, Mr. and Mrs. Conrad Firment, 6161 Tidewater Island Circle,, Fort Myers, FL 33908, Mr. and Mrs. Michael Volkman, 950 Flora Square, Prescott, WI 54021, Vincent Ciecka, 620 Coles Mill Road, Haddonfield, NJ 08033, Dr. William Grubbs, 90 Cypress Way East, Suite 40, Naples, FL 34110, Michael Dubey, 751 Giralda Court, Marco Island, FL 34145, Mr. and Mrs. George Norris, 7725 Schelhorn Road, Alexandria, VA 22306, Sara Muzyka, 136 Meridian Street, #104, Groton, CT 06340, Mr. and Mrs. David Elmeer, 5420

Vining Point Road, Minnetonka, MN 55345, Margaret Baker, 1403 S. Shore Drive, Holland, MI 49423, Gerard Brennan, 26 Leland Drive, Brookline, MA 02467, Nancy Crossley, 7700 Estero Boulevard, #606, Fort Myers Beach, FL 33931, Michael Schillaci, 6629 Majestic Way, Carpentersville, IL 60110, Mr. and Mrs. Terry Rathbun, 9245 Lanthorn Way, Estero, FL 33928, James Hipkens, 771 Virginia Circle NE, Atlanta, GA 30306, Dorothy Luebbert, 3684 Bailes Street SW, Bonita Springs, FL 34134, Mr. and Mrs. Noel Moughan, 4321 Des Plaines Drive, Sarasota, FL 34233, Dr. Romulo Bernal, 3925 Del Prado Boulevard, Cape Coral, FL 33904, Mr. and Mrs. Earl Cannedy, 2008 Ford's Court, Rochester, IN 46975, Mr. and Mrs. Tony Sallo, 309 West Swissvale Avenue, Pittsburgh, PA 15218, Mr. and Mrs. David Zwolenik, 13737 Pepper Creek Drive, Strongsville, OH 44136, Dr. and Mrs. Thomas Volm, 4470 S. Sovereign Drive, New Berlin, WI 53151, Joseph Williams, P.O. Box 1492, East Dennis, MA 02641, Brent Reed, 17819 Oakwood Drive, Spring Lake, MI 49456, Mr. and Mrs. Tom Thompson, 8565 Dorwood Birch Run, MI 48415, Mr. and Mrs. Lawrence Phillips, 67 Orchard Road Orinda, CA 94563, Jeffrey Friedman, 55 Public Square, Suite 1055, Cleveland, OH 44113, Mr. and Mrs. George Cummings, 5337 SW 11th Avenue, Cape Coral, FL 33914, Rhona Ann Hoffman, 2208 W. Diversey Avenue, #G,

Chicago, IL 60647, Mr. and Mrs. Jeffrey Holmes, 4967 Bellman Drive, West Bend, WI 53095-9243, Y'Vonne Murray, 27195 Belle Rio Drive, Bonita Springs, FL 34135, Mr. and Mrs. Jeffrey Bissell, 118 Cedar Lane Drive, Jordan, MN 55352, Jeffrey Pederson, 710 Shawnee Woods Road, Hamel, MN 55340, Sophie Bachula, 8153 W. Berwyn, Chicago, IL 60656, Frank Vrchota, 13919 W. 167th Street, Homer Glen, IL 60491, Mr. and Mrs. William Roccio, 42 Ridgewood Road, Cranston, RI 02921, Mr. and Mrs. Charley Hutchings, 750 Pyrulla Avenue, Sanibel, FL 33957, Mr. and Mrs. William Hangartner, W 225 S5389 Guthrie Road, Waukesha, WI 53189, Mr. and Mrs. Harold Forman, 103 Industrial Drive, Gilbertsville, PA 19252, Mr. and Mrs. Richard Novak, 9627 Wooded Path Drive, Palos Hills, IL 60465, Virginia Lynch, 7542 W. Willowood Court, Orland Park, IL 60462, Mr. and Mrs. David Machiela, 3112 136th Avenue, Hamilton, MI 49419, Mr. and Mrs. Bill Warzeka, 2025 Ivy Avenue East, St. Paul, MN 55119, Mr. and Mrs. Kenneth Evans, P.O. Box 07007, Fort Myers, FL 33919, Mr. and Mrs. Stanley Stann, 105 Murphy Lane Road, Park Ridge, IL 60068, Otteline Reckamp, 12119 Plum Grove Road, Huntley, IL 60142, by first class U. S. Mail, postage fully prepaid or by electronic notice, this 28 day of _July_____, 2010.

MILLER AND HOLLANDER
Attorneys for Debtors
2430 Shadowlawn Drive, Suite 18
Naples, Florida 34112
Telephone (239) 775-2000
Facsimile (239) 775-7953

By: _Edward R. Miller_
EDWARD R. MILLER
Florida Bar No. 182746

**FORM B9E Alt.** (Chapter 11 Individual or Joint Debtor Case) (12/07)          Case Number **9:10-bk-14697-ALP**

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on June 18, 2010 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| Kenneth M Marwick<br>24781 Pennyroyal Drive<br>Bonita Springs, FL 34134 | Elizabeth W. Marwick<br>24781 Pennyroyal Drive<br>Bonita Springs, FL 34134 |
| Case Number:<br>9:10-bk-14697-ALP | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-5165<br>xxx-xx-6471 |
| Attorney for Debtor(s) (name and address):<br>Edward R Miller<br>Miller and Hollander<br>2430 Shadowlawn Drive, Suite 18<br>Naples, FL 34112<br>Telephone number:  239-775-2000 | |

## Meeting of Creditors

Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse.

Date: **August 5, 2010**          Time: **02:30 PM**
Location:  **United States Courthouse Federal Bldg., 2110 First Street 2-101, Fort Myers, FL 33901**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **September 1, 2010**          For a governmental unit: **180 days from the date of filing**

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: October 4, 2010

### Deadline to File a Complaint Objecting to Discharge of the Debtor:
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>801 N. Florida Ave. Suite 555<br>Tampa, FL 33602-3899<br>Telephone number: | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open:  Monday - Friday 8:30 AM - 4:00 PM | Date:  June 21, 2010 |

## EXPLANATIONS
FORM B9E Alt (12/07)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### — Refer to Other Side for Important Deadlines and Notices —

| | |
|---|---|
| Voice Case Info. System (VCIS) | For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1-866-879-1286. |