# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS   DIVISION

| | | |
|---|---|---|
| IN RE: | Kenneth M Marwick<br>24781 Pennyroyal Drive<br>Bonita Springs, FL 34134 } } } | CASE NUMBER:   9:10-bk-14697-ALP |
| | } | JUDGE |
| | Elizabeth W Marwick<br>24781 Pennyroyal Drive<br>Bonita Springs, FL 34134 } } } | |
| | } | |
| | DEBTORS. } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**     6/18/2010     **TO**     6/30/2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  **7/26/10**

*Edward R. Miller*
Attorney for Debtor

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| 24781 Pennyroyal Dr.<br>Bonita Springs, FL 34134 | 2430 Shadowlawn Dr.<br>Naples, FL 34112<br>Bar No. **182746** |
| Tel. _____ 239-465-9679 | Tel. _____ 239-775-2000 |

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm

1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Kenneth M Marwick & Elizabeth W Marwick |
|---|
| Case Number: 9:10-bk-14697-ALP |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month Jun-10 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $15,722.02 | $15,722.02 |
| CASH- Beginning of Month (Business) | $0.00 | $0.00 |
|  |  |  |
| Total Household Receipts | $2,073.65 | $2,073.65 |
| Total Business Receipts | $0.00 | $0.00 |
| Total Receipts | $2,073.65 | $2,073.65 |
|  |  |  |
| Total Household Disbursements | $3,397.72 | $3,397.72 |
| Total Business Disbursements | $0.00 | $0.00 |
| Total Disbursements | $3,397.72 | $3,397.72 |
|  |  |  |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | ($1,324.07) | ($1,324.07) |
|  |  |  |
| CASH- End of Month (Individual) | $14,397.95 | $14,397.95 |
| CASH- End of Month (Business) | $0.00 | $0.00 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $3,397.72 | $3,397.72 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 | $0.00 |
|  |  |  |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $3,397.72 | $3,397.72 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __23__ day of __July__ 20 __10__.

_____
Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>06/18/10 - 06/30/10 | Cumulative<br>Total |
|---|---|---|
| **CASH - Beginning of Month** | $15,722.02 | $15,722.02 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $0.00 | $0.00 |
| Wages from Other Sources (attach list to this report) | $2,073.65 | $2,073.65 |
| Interest or Dividend Income | $0.00 | $0.00 |
| Alimony or Child Support | $0.00 | $0.00 |
| Social Security/Pension/Retirement | $0.00 | $0.00 |
| Sale of Household Assets (attach list to this report) | $0.00 | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | $0.00 | $0.00 |
| Other (specify) (attach list to this report) | $0.00 | $0.00 |
| | | |
| **TOTAL RECEIPTS** | $2,073.65 | $2,073.65 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | $0.00 | $0.00 |
| Charitable Contributions | $0.00 | $0.00 |
| Gifts | $0.00 | $0.00 |
| Household Expenses/Food/Clothing | $491.77 | $491.77 |
| Household Repairs & Maintenance | $166.89 | $166.89 |
| Insurance | $197.27 | $197.27 |
| IRA Contribution | $0.00 | $0.00 |
| Lease/Rent Payments | $0.00 | $0.00 |
| Medical/Dental Payments | $79.71 | $79.71 |
| Mortgage Payment(s) | $0.00 | $0.00 |
| Other Secured Payments | $0.00 | $0.00 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Real Estate | $0.00 | $0.00 |
| Taxes - Sales Tax | $92.67 | $92.67 |
| Travel & Entertainment | $241.03 | $241.03 |
| Tuition/Education | $0.00 | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $380.12 | $380.12 |
| Vehicle Expenses | $112.15 | $112.15 |
| Vehicle Secured Payment(s) | $707.55 | $707.55 |
| U. S. Trustee Quarterly Fees | $0.00 | $0.00 |
| Professional Fees (Legal, Accounting) | $0.00 | $0.00 |
| Other (attach schedule) | $928.56 | $928.56 |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | $3,397.72 | $3,397.72 |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement-**<br>**Attachment No. 2)** | $14,397.95 | $14,397.95 |

# Schedule for Houshold Receipts & Disbursments

Disbursements - Other

Personal Business Expenses:

| | |
|---|---|
| Carbon Copy | $149.75 |
| Phone | $115.57 |
| Multiple Listing Service of Bonita Springs & Estero | $240.00 |
| Z 57 Internet Solutions | $99.00 |
| Z 57 Internet Solutions | $75.24 |
| | |
| Storage Unit | $249.00 |
| Total | $928.56 |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Homeowners Property - Fire Protective Insurance | 12/1/09 thru 12/1/10 | $4,092 per year | 0 |
| Flood - Nationwide | 1/1/10 thru 1/1/11 | $348 per year | 0 |
| Auto - Nationwide | 5/20/10 thru 11/20/10 | $1,363 per 6 months | 0 |
| | | | |
| | | | |

X   Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| Debtor in Possession account was not opened unit July 13th. Used existing checking account until that date. |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Regions Bank | Regions Bank | BB & T | |
| Account Number: | ████1890 | ████7507 | ████1445 | |
| Purpose of Account (Business/Personal) | Personal | Personal | Personal | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1.  **Balance per Bank Statement at 06/18/10** | $0.11 | $459.99 | $15,261.92 | $0.00 |
| 2.  **ADD:** Deposits not credited (attach list to this report) | $0.00 | $0.00 | $0.00 | $0.00 |
| 3.  **SUBTRACT:** Outstanding Checks (attach list) | $0.00 | $0.00 | ($612.07) | $0.00 |
| 4.  Other Reconciling Items (attach list to this report) | $0.00 | ($323.99) | ($388.01) | $0.00 |
| 5.  **Month End Balance** (Must Agree with Books) | $0.11 | $136.00 | $14,261.84 | $0.00 |
| TOTAL OF ALL ACCOUNTS | | | | $14,397.95 |
| | | | | |

**Note:  Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:  Attach a copy of each investment account statement.**

## Check Register

Regions Checking
7/13/2010

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/28/2010 | EFT | CarbonCopyPro<br>cat:      Business:CarbonCopy | 149.75 | | | -149.75 |
| 6/29/2010 | EFT | Z57 Internet Solutions<br>cat:      Business:Real Estate | 99.00 | | | -248.75 |
| 6/29/2010 | EFT | Z57 Internet Solutions<br>cat:      Business:Real Estate | 75.24 | | | -323.99 |

# Outstanding Checks at 06/30/2010

B B & T Checking Account

| Check # | Payee | Amount |
|---|---|---|
| 1079 | Beach Storage , LLC | $263.94 |
| 1080 | MLS of Bonita Springs | $240.00 |
| Debit Card | Publix | $69.33 |
| Debit Card | Cirella's | $38.80 |
| | | $612.07 |

Cleared Transactions

6/18/2010 through 6/30/2010

| Date | Account | Num | Description | Memo | Category | Amount |
|------|---------|-----|-------------|------|----------|--------|
| 6/18/2010 | B B & T (Colonial) Checking | EFT | S Lexus Financial Services | | [Lexus GS 350 Lease] | $ (707.55) |
| | | | | | Sales Tax | $ (42.45) |
| 6/18/2010 | B B & T (Colonial) Checking | EFT | S British Open Pub | | Dining | $ (36.86) |
| | | | | | Sales Tax | $ (1.79) |
| 6/19/2010 | B B & T (Colonial) Checking | EFT | For Goodness Sake | Health Foods | Misc | $ (44.20) |
| 6/19/2010 | B B & T (Colonial) Checking | EFT | S Publix | | Groceries | $ (44.29) |
| | | | | | Sales Tax | $ (0.56) |
| | | | | | Cash | $ (50.00) |
| 6/20/2010 | B B & T (Colonial) Checking | EFT | Costco | Lexus | Auto:Fuel | $ (45.59) |
| 6/20/2010 | B B & T (Colonial) Checking | EFT | Costco | | Groceries | $ (49.47) |
| 6/21/2010 | B B & T (Colonial) Checking | EFT | S At&T | 239-849-4220 | Business:Real Estate | $ (115.57) |
| | | | | | Sales Tax | $ (6.93) |
| 6/21/2010 | B B & T (Colonial) Checking | ATM | ATM | 3585 | Cash | $ (100.00) |
| 6/22/2010 | B B & T (Colonial) Checking | EFT | S Target | | Household | $ (49.75) |
| | | | | | Sales Tax | $ (2.99) |
| 6/23/2010 | B B & T (Colonial) Checking | EFT | | 11-Jul Toyota | Auto:Fuel | $ (29.21) |
| 6/23/2010 | B B & T (Colonial) Checking | EFT | S Publix | | Groceries | $ (17.88) |
| | | | | | Sales Tax | $ (0.25) |
| 6/23/2010 | B B & T (Colonial) Checking | EFT | Collier HMA Physician | Acct # 352200 | Medical:Doctor-Dentist | $ (20.00) |
| 6/24/2010 | B B & T (Colonial) Checking | DEP | S Advantec KM | KM | Salary:EID Management, LLC | $ 1,040.00 |
| | | | | KM | Tax:Fed:EID Management, LLC | $ (101.58) |
| | | | | KM | Tax:Medicare:EID Management, LLC | $ (14.66) |
| | | | | KM | Tax:Soc Sec:EID Management, LLC | $ (62.65) |
| | | | | KM | Medical:Health Ins. | $ (10.60) |
| | | | | KM - A D & D | Insurance | $ (0.67) |
| | | | | KM - Advantec | Life Insurance | $ (18.28) |
| | | | | KM | [Advantec Medical Care FSA - KM] | $ (18.86) |
| 6/24/2010 | B B & T (Colonial) Checking | DEP | S Advantech | W/E 06/20/10 | Salary:EID Management, LLC | $ 1,653.85 |
| | | | | | Tax:Fed:EID Management, LLC | $ (182.81) |
| | | | | | Tax:Medicare:EID Management, LLC | $ (22.97) |
| | | | | | Tax:Soc Sec:EID Management, LLC | $ (98.21) |
| | | | | | Medical:Health Ins. | $ (11.78) |
| | | | | | Life Insurance | $ (19.18) |
| | | | | | [Advantec Medical Care FSA - EM] | $ (57.95) |
| 6/24/2010 | B B & T (Colonial) Checking | EFT | S Publix | | Groceries | $ (25.25) |
| | | | | | Sales Tax | $ (0.78) |
| 6/25/2010 | B B & T (Colonial) Checking | EFT | Bonita Springs Utilities Inc | | Utilities:Water | $ (60.51) |
| 6/25/2010 | B B & T (Colonial) Checking | ATM | ATM | 2707 | Cash | $ (200.00) |
| 6/25/2010 | B B & T (Colonial) Checking | EFT | S Outback Steakhouse | | Dining | $ (54.90) |
| | | | | | Sales Tax | $ (2.76) |
| 6/26/2010 | B B & T (Colonial) Checking | EFT | S Total Wines | | Groceries | $ (69.79) |
| | | | | | Sales Tax | $ (4.19) |
| 6/26/2010 | B B & T (Colonial) Checking | EFT | S Crystal Water | | Misc | $ (31.06) |
| | | | | | Sales Tax | $ (0.79) |
| 6/26/2010 | B B & T (Colonial) Checking | EFT | S Costco | | Groceries | $ (43.62) |
| | | | | | Sales Tax | $ (1.14) |
| 6/26/2010 | B B & T (Colonial) Checking | EFT | Costco | Lexus | Auto:Fuel | $ (37.35) |
| 6/29/2010 | B B & T (Colonial) Checking | EFT | S Batteries Plus | Alarm Battery | Household | $ (29.99) |
| | | | | | Sales Tax | $ (1.80) |
| 6/29/2010 | B B & T (Colonial) Checking | EFT | Walgreens | Part of $32.99 | Medical:Prscript. Drugs | $ (15.51) |
| 6/30/2010 | B B & T (Colonial) Checking | EFT | FPL | | Utilities:Electric | $ (319.61) |
| 6/30/2010 | B B & T (Colonial) Checking | EFT | Jefferson National Insur: | Life Insurance | Life Insurance | $ (197.27) |
| 6/18/2010 - 6/30/2010 | | | | | | $ (388.01) |

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Regions Bank |
|---|---|
| Account Number | ███7507 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Debit Card | 6/28/2010 | Carbon Copy | On Line Marketing | $149.75 |
| Debit Card | 6/29/2010 | Z 57 | Real Estate Web Site | $99.00 |
| Debit Card | 6/29/2010 | Z 57 | Real Estate Lead Generation | $75.24 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $323.99 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | B.B.& T. |
| **Account Number** | ████1445 |
| **Purpose of Account (Personal)** | Personal |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See Attached Check Register | | $3,073.73 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $3,073.73 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

## Check Register

**B B & T (Colonial) Checking**
Page 1
7/13/2010

6/18/10  OPENING BALANCE - 14,470-56

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|--------:|---|--------:|--------:|
| 6/18/2010 | EFT | Lexus Financial Services<br>memo:     A/c # 04 0772 AR523<br>SPLIT     [Lexus GS 350 Lease] | 750.00 | c ✓ | | 13,720.56 |
| 6/18/2010 | EFT | [Lexus GS 350 Lease]<br>Sales Tax<br>British Open Pub<br>SPLIT     Dining | 707.55<br>42.45<br>38.65 | c ✓ | | 13,681.91 |
| 6/19/2010 | EFT | Dining<br>Sales Tax<br>For Goodness Sake<br>memo:     Health Foods<br>cat:     Misc | 36.86<br>1.79<br>44.20 | c ✓ | | 13,637.71 |
| 6/19/2010 | EFT | Publix<br>SPLIT     Groceries | 94.85 | c ✓ | | 13,542.86 |
| 6/20/2010 | EFT | Groceries<br>Sales Tax<br>Cash<br>Costco<br>memo:     Lexus<br>cat:     Auto:Fuel | 44.29<br>0.56<br>50.00<br>45.59 | c ✓ | | 13,497.27 |
| 6/20/2010 | EFT | Costco<br>cat:     Groceries | 49.47 | c ✓ | | 13,447.80 |
| 6/21/2010 | EFT | At&T<br>memo:     KM- I-Phone<br>SPLIT     Business:Real Estate | 122.50 | c ✓ | | 13,325.30 |
| 6/21/2010 | ATM | Business:Real Estate<br>239-849-4220<br>Sales Tax<br>ATM<br>memo:     3585<br>cat:     Cash | 115.57<br>6.93<br>100.00 | c ✓ | | 13,225.30 |
| 6/22/2010 | EFT | Target<br>SPLIT     Household | 52.74 | c ✓ | | 13,172.56 |
| 6/23/2010 | EFT | Household<br>Sales Tax<br>7/11<br>memo:     Toyota<br>cat:     Auto:Fuel | 49.75<br>2.99<br>29.21 | c ✓ | | 13,143.35 |
| 6/23/2010 | EFT | Publix<br>SPLIT     Groceries | 18.13 | c ✓ | | 13,125.22 |
| 6/23/2010 | EFT | Groceries<br>Sales Tax<br>Collier HMA Physician<br>memo:     Acct # 352200<br>cat:     Medical:Doctor-Dentist | 17.88<br>0.25<br>20.00 | c ✓ | | 13,105.22 |
| 6/24/2010 | DEP | Advantec KM<br>SPLIT     Salary:EID Management, LLC | | c | 812.70 ✓ | 13,917.92 |
| | | Salary:EID Management, LLC<br>KM<br>Tax:Fed:EID Management, LLC<br>KM<br>Tax:Medicare:EID Management, LLC<br>KM<br>Tax:Soc Sec:EID Management, LLC<br>KM<br>Medical:Health Ins.<br>KM<br>Insurance | 101.58<br>14.66<br>62.65<br>10.60<br>0.67 | | 1,040.00 | |

Check Register

**B B & T (Colonial) Checking**                                                                    Page 2
7/13/2010

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| | | KM - A D & D | | | | |
| | | Life Insurance | 18.28 | | | |
| | | KM - Advantec | | | | |
| | | [Advantec Medical Care FSA - KM] | 18.86 | | | |
| | | KM | | | | |
| 6/24/2010 | DEP | Advantech | | c | 1,260.95 | 15,178.87 |
| | | SPLIT      Salary:EID Management, LLC | | | | |
| | | Salary:EID Management, LLC | | | 1,653.85 | |
| | | W/E 06/20/10 | | | | |
| | | Tax:Fed:EID Management, LLC | 182.81 | | | |
| | | Tax:Medicare:EID Management, LLC | 22.97 | | | |
| | | Tax:Soc Sec:EID Management, LLC | 98.21 | | | |
| | | Medical:Health Ins. | 11.78 | | | |
| | | Life Insurance | 19.18 | | | |
| | | [Advantec Medical Care FSA - EM] | 57.95 | | | |
| 6/24/2010 | EFT | Publix | 26.03 | c | | 15,152.84 |
| | | SPLIT      Groceries | | | | |
| | | Groceries | 25.25 | | | |
| | | Sales Tax | 0.78 | | | |
| 6/25/2010 | EFT | Bonita Springs Utilities Inc | 60.51 | c | | 15,092.33 |
| | | cat:      Utilities:Water | | | | |
| 6/25/2010 | ATM | ATM | 200.00 | c | | 14,892.33 |
| | | memo:      2707 | | | | |
| | | cat:      Cash | | | | |
| 6/25/2010 | EFT | Outback Steakhouse | 57.66 | c | | 14,834.67 |
| | | SPLIT      Dining | | | | |
| | | Dining | 54.90 | | | |
| | | Sales Tax | 2.76 | | | |
| 6/26/2010 | EFT | Total Wines | 73.98 | c | | 14,760.69 |
| | | SPLIT      Groceries | | | | |
| | | Groceries | 69.79 | | | |
| | | Sales Tax | 4.19 | | | |
| 6/26/2010 | EFT | Crystal Water | 31.85 | c | | 14,728.84 |
| | | memo:      Cust # 1494205 2149720 1 | | | | |
| | | SPLIT      Misc | | | | |
| | | Misc | 31.06 | | | |
| | | Sales Tax | 0.79 | | | |
| 6/26/2010 | EFT | Costco | 44.76 | c | | 14,684.08 |
| | | SPLIT      Groceries | | | | |
| | | Groceries | 43.62 | | | |
| | | Sales Tax | 1.14 | | | |
| 6/26/2010 | EFT | Costco | 37.35 | c | | 14,646.73 |
| | | memo:      Lexus | | | | |
| | | cat:      Auto:Fuel | | | | |
| 6/29/2010 | EFT | Batteries Plus | 31.79 | c | | 14,614.94 |
| | | SPLIT      Household | | | | |
| | | Household | 29.99 | | | |
| | | Alarm Battery | | | | |
| | | Sales Tax | 1.80 | | | |
| 6/29/2010 | EFT | Walgreens | 15.51 | c | | 14,599.43 |
| | | memo:      Part of $32.99 | | | | |
| | | cat:      Medical:Prscript. Drugs | | | | |
| 6/30/2010 | EFT | FPL | 319.61 | c | | 14,279.82 |
| | | cat:      Utilities:Electric | | | | |
| 6/30/2010 | EFT | Cirella's | 38.80 | c o\5 | | 14,241.02 |
| | | SPLIT      Dining | | | | |
| | | Dining | 37.00 | | | |
| | | Sales Tax | 1.80 | | | |

## Check Register

**B B & T (Colonial) Checking**
7/13/2010

Page 3

| Date | Num | Transaction | Payment | C | Deposit | Balance |
|------|-----|-------------|---------|---|---------|---------|
| 6/30/2010 | EFT | Publix<br>SPLIT      Groceries | 69.33 | c *o\S* | | 14,171.69 |
| | | Groceries | 18.82 | | | |
| | | Sales Tax | 0.51 | | | |
| | | Cash | 50.00 | | | |
| 6/30/2010 | EFT | Jefferson National Insurance<br>memo:      Life Insurance<br>cat:      Life Insurance | 197.27 | c ✓ | | 13,974.42 |
| 6/30/2010 | 1079 | Beach Storage, LLC<br>memo:      Unit #  00145<br>SPLIT      Storage | 263.94 | c *o\S* | | 13,710.48 |
| | | Storage | 249.00 | | | |
| | | Unit 145 | | | | |
| | | Sales Tax | 14.94 | | | |
| 6/30/2010 | 1080 | MLS Of Bonita Springs - Estero, Inc.<br>memo:      MLS 07/2010 - 06/2011<br>cat:      Business:Real Estate | 240.00 | c *d\S* | | 13,470.48 |

*[handwritten notes:]*

30 73-73        2073-65
612-07
2461-66
o\s = 612-07.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

KENNETH M. MARWICK and
ELIZABETH W. MARWICK,

                  Debtors.

CASE NO. 9:10-bk-14697-ALP
CHAPTER 13

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Debtors'
Monthly Operating Report for the Period from 06/16/2010 to
06/30/2010 has been furnished to the U.S. Trustee, 501 E. Polk
Street, Suite 1200, Tampa, FL 33602, by first class U.S. Mail,
postage fully prepaid or by electronic notice, this 30th day of
July _____, 2010.

                    MILLER AND HOLLANDER
                    Attorneys for Debtors
                    2430 Shadowlawn Drive, Suite 18
                    Naples, FL 34112
                    Telephone (239) 775-2000
                    Facsimile (239) 775-7953

                    By: _____
                        EDWARD R. MILLER
                        Florida Bar No. 182746

M:\USERS\RUTH\CERT OF SERV.K MARWICK.wpd