56573 **P

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IN RE:

KENNETH M. MARWICK and ELIZABETH W. MARWICK

                              9-10-bk-14697-ALP
      Debtor(s)
_____/

MOTION FOR MODIFICATION OF AUTOMATIC STAY AND ALTERNATIVELY
FOR ADEQUATE PROTECTION, AND PRETRIAL STATEMENT OF MOVANT
BANK OF AMERICA, N.A.

    COMES NOW THE ABOVE MOVANT, by its undersigned attorneys, and files this Motion for an Order Modifying the Automatic Stay pursuant to Section 362, Bankruptcy Code, and in support thereof respectfully states:

    1. That this is a Motion pursuant to Bankruptcy Rule 4001(a) for a modification of the automatic stay provisions of Sec. 362, Bankruptcy Code.

    2. Movant is the owner and holder of a perfected security interest or mortgage in the following property, hereafter referred to as collateral:

2006 Sea Ray 22' Boat, VIN SERV4759K506, Together with Motor and Trailer

Documentation showing the obligations and rights to the collateral are attached hereto.

    3. There is no equity in the collateral and the collateral, or items of it, are not necessary to a successful reorganization.

    4. The Movant's collateral is alleged to have the value set forth on the Movant's affidavit attached hereto, which affidavit and its contents are further urged in support of this motion.

    5. Relief from the Automatic Stay should be granted due to the default in payment as alleged in the affidavit, causing an increase in the indebtedness due the Movant, and causing the Movant's secured position to diminish.

    6. Alternatively, if the Court directs adequate protection, the Movant requests such protection as the Court deems appropriate.

    7. For its pretrial statement, Movant refers to the foregoing allegations for its compliance.

    WHEREFORE movant requests the termination of the automatic stay, or alternatively adequate protection if the debtor is legally entitled to cure, together with such other relief as the Court deems appropriate.

I HEREBY CERTIFY that a true copy of this Motion, together with the verification or affidavit and supporting documentation have been served upon the following parties in interest either by electronic or standard first class mail on the date set forth below:

KENNETH M. MARWICK and ELIZABETH W. MARWICK, 24781 PENNYROYAL DRIVE, BONITA SPRINGS, FL   34134
EDWARD R. MILLER, 2430 SHADOWLAWN DRIVE, STE 18, NAPLES, FL   34112
Asst. U.S. Trustee, SUITE 1200, 501 E. POLK STREET, TAMPA, FL 33602
Names on Matrix of 20 largest creditors attached hereto.

08/02/2010

/s/ Victor H. Veschio
_____
Victor H. Veschio-#136794
Jary C. Nixon-#58873
Kevin E. Paul-#19586
(813) 254-6666
2001 W. Kennedy Blvd.
Tampa, FL 33606

Att: affidavit and documentation
     JEM*56573


ATT: MATRIX OF 20 LARGEST CREDITORS

* CM/ECF ELECTRONIC FILING OF PAPER-Q:\TXT2PDF\56573MOT.TXT *